■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CISNEROS, Also Known as JESUS GONZALES, Appellant. [666 NYS2d 463] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered December 7, 1995, convicting him of resisting arrest, aggravated unlicensed operation of a motor vehicle in the first degree, operating a motor vehicle while under the influence of alcohol, operating a motor vehicle without a certificate of inspection, and operating a motor vehicle without being restrained by a safety belt, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of those branches of the defendant's omnibus motion which were to suppress, *inter alia,* statements he made to the police and physical evidence.

Ordered that the judgment is affirmed.

The defendant's claims regarding the legal sufficiency of the evidence are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Salas,* 192 AD2d 627). In any event, viewing the evidence in a light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility are questions to be determined by the jury, which saw and heard the witnesses (*see, People v Caban,* 120 AD2d 603). Its determination is accorded great weight on appeal and will not be

disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit (*see, People v Banks,* 85 NY2d 558). Rosenblatt, J. P., Altman, Florio and McGinity, JJ., concur.